UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   **CV 23-6043-MWF(MRWx)**                    Date:  October 10, 2023

Title       **BBC Chartering Carriers GMBH and Co. KG v. HSIN Silk Road Shipping Ltd.**

Present: The Honorable:     MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that the Petition for Confirmation, Recognition, and Enforcement of a Foreign Arbitral Award and to Enter Judgment Thereon (the "Petition") was filed on July 26, 2023.  (Docket No. 1).  On August 23, 2023, Petitioner filed a Proof of Service (the "POS") of the Summons and Petition reflecting personal service on a registered agent for Respondent HSIN Silk Road Shipping Limited on August 12, 2023.  (Docket No. 9).

The Court **ORDERS** Petitioner to show cause why this action should not be dismissed for lack of prosecution.  In response to this Order to Show Cause, the Court will accept the following no later than **OCTOBER 24, 2023**.

■ By Respondent:  Response to the Petition ("Response").  The parties may also file an appropriate stipulation to extend the time within which Respondent must respond to the Petition.

   OR

■ By Petitioner:  An Application to Clerk to Enter Default.

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Failure to

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 23-6043-MWF(MRWx)**                    Date:  October 10, 2023

Title        **BBC Chartering Carriers GMBH and Co. KG v. HSIN Silk Road Shipping Ltd.**

respond to the Order to Show Cause by **October 24, 2023** will result in the dismissal of this action.

IT IS SO ORDERED.