JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BBC CHARTERING CARRIERS GMBH & CO. KG, <br><br> Petitioner, <br><br> v. <br><br> HSIN SILK ROAD SHIPPING LIMITED; <br><br> Respondent | Case No. 2:23-cv-06043-MWF-MRWx <br><br> [PROPOSED] JUDGMENT |

The Court, having granted Petitioner BBC Chartering Carriers GMBH & Co. KG's ("BBC'") Petition for Confirmation, Recognition, and Enforcement of a Foreign Arbitral Award and Motion for Default Judgment in favor of BBC and against HSIN Silk Road Shipping Limited ("HSIN"), which came on regularly for hearing on December 18, 2023 at 10:00 a.m. in Courtroom 5A of the above entitled court, now hereby orders that BBC shall have and recover from HSIN judgment as follows:

    1.    The final arbitration award (the "Award") rendered in the matter of BBC Chartering Carriers GMBH & Co. KG. vs. HSIN Silk Road Shipping Limited, is confirmed; and

    2.    Judgment shall be entered in conformity with the Award as follows:

        a.    HSIN Silk Road Shipping Limited ("HSIN") shall pay to BBC

COLLIER WALSH NAKAZAWA LLP
One World Trade Center, Suite 2370
Long Beach, California 90831
Telephone (562) 317-3300

the principal amount of BBC's claim of USD 1,857,570.83 plus interest accrued at the rate of 4.5% per annum compounded at three-monthly rests, from the date of January 23, 2022 to the date of this judgment, both dates inclusive.

  b. HSIN shall pay to BBC the cost of the Award in the amount of GBP 1,715 plus interest accrued at the rate of 4.5% per annum compounded at three-monthly rests from September 7, 2022 to the date of this judgment, both dates inclusive, to be converted to U.S. Dollars with the most current exchange rate on the day that the judgment is entered.

5. This judgment will bear interest at the post-judgment rate pursuant to 28 U.S.C. §1961 from the date of this judgment until the date that the judgment is paid in full.

Dated: __January 4, 2024__      _____
               Honorable Kenly Kiya Kato
               United States District Judge